# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff;** | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-MJ-206 (GMH)** |
| | ) | |
| **HENOS WOLDEMICHAEL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to Assistant Federal Public Defender

Kathryn D'Adamo Guevara.  Please send copies of all notice and inquiries to this attorney at

the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

Kathryn D'Adamo Guevara
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500