AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Henos Woldemichael | ) | Case No. 22-206-M |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 11/23/2022

*Defendant's signature*

*Signature of defendant's attorney*

Kathryn D'Adamo, Bar No. 1033002
*Printed name and bar number of defendant's attorney*

Office of the Federal Defender for DC
625 Indiana Ave NW
Washington, DC 20004
*Address of defendant's attorney*

katie_guevara@fd.org
*E-mail address of defendant's attorney*

202-208-7500 ext. 111
*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*