# Incident/Investigation Report

**Agency:** FCPD  **Case Number:** ▮▮▮▮▮  **Date:** 10/20/2022 13:03:35

## Incident Information

| Date/Time Reported | Date/Time | Date/Time | Officer |
|---|---|---|---|
| 05/25/2022 09:28 | 05/25/2022 09:28 | 05/25/2022 09:28 | ▮▮▮ |

| Incident Location | Supervising Officer |
|---|---|
| ▮▮▮ | ▮▮▮ |

| Disposition | Case Status |
|---|---|
| | SERVICE |

**Weather and Light Conditions**
/

## Events

**1**

| Charge Type | Description | Statute | UCR | Att / Com |
|---|---|---|---|---|
| | SERVICE - POLICE SERVICE | SERV-1 | 999 | |

**Alcohol, Drugs or Computers Used:** ·· Alcohol  ·· Drugs  ·· Computers

**Criminal Activity:**

**Forced Entry:** ·· Yes  ·· No

**Weapons:**
1.
2.
3.

| Entry | Exit | Security | How Left Scene | Location Type |
|---|---|---|---|---|
| | | | | HOUSE |

| Bias Motivation | Bias Target | Bias Circumstances | Hate Group |
|---|---|---|---|
| | | | |

## Other Persons Involved

| Name Code | Seq. # | Name (Last, First, M) |
|---|---|---|
| Complainant | 1 | ▮▮▮ |

| Race | Sex | DOB | SSN |
|---|---|---|---|
| ▮ | ▮ | ▮▮▮ | |

| Address | Home Phone | Cell Phone |
|---|---|---|
| ▮▮▮ | | ▮▮▮ |

| Employer Name/Address | Business Phone |
|---|---|
| / | |

| Name Code | Seq. # | Name (Last, First, M) |
|---|---|---|
| Involved, Other | 1 | WOLDEMICHAEL, HENOS [RESTRICTED] |

| Race | Sex | DOB | SSN |
|---|---|---|---|
| B | M | ▮▮▮ | ▮▮▮ |

| Address | Home Phone | Cell Phone |
|---|---|---|
| ▮▮▮ | | |

| Employer Name/Address | Business Phone |
|---|---|
| / | |

# Incident/Investigation Report

**Agency:** FCPD  **Case Number:** ▓▓▓▓▓▓  **Date:** 10/20/2022 13:03:35

## Notes/Narratives

On the listed date and time I responded to the listed address for a report of a suspicious person. The complainant stated to he call taker that the subject was at her door yelling and then went into the back yard of the residence. Upon arrival I made contact with the subject, later identified as Henos Woldemichael, in front of the listed address.

I asked him what he was doing at the location, and his statements were illogical and did not make any sense. He stated that he predicted the Squid Games. He stated that he was at the location to peacefully talk to someone. I asked for his identification and he stated that I could pat him down. I told him that was not necessary and I only needed his identification. I then returned to my cruiser to run a check of his person when he asked me if he was free to leave and what he was being charged with. Because of his irratic behavior, statements that he entered the back yard, and I had not been able to speak t the complainant yet, I informed him that he was not free to leave and I was still investigating if a crime had been committed.

I then spoke to the complainant, ▓▓▓▓▓▓. She stated that the subject appeared in her front yard this morning and began to knock at the door. He told her that he wanted to speak to their daughter. ▓▓▓ told him that her daughter was still asleep and would not be coming to the door. She then informed her daughter about the incident and her daughter told her that she had received strange text messages from the subject over the last few days. After speaking to her daughter she noticed the subject was still outside yelling at the house from the front and rear of the house.

i asked her if she would like him to be arrested for trespassing if he comes back and she stated that she would. I agreed to verbally inform him that he is banned from the property.

I then spoke to him once more. I gave him his license back and verbally informed him that the resident of the property has banned him from the property and if he was to come back onto the property at any time he would be arrested for trespassing. I then told him to leave the area and he walked away.

I informed ▓▓▓ to call back should the subject return to her property.

Nothing Further // Service

## Notes/Continuation

# Incident/Investigation Report

**Agency:** FCPD  **Case Number:** ▮▮▮▮▮▮  **Date:** 10/20/2022 13:03:35