# Incident/Investigation Report

**Agency:** FCPD  **Case Number:** ▮▮▮▮▮  **Date:** 10/20/2022 13:01:45

## Incident Information

| Date/Time Reported | Date/Time | Date/Time | Officer |
|---|---|---|---|
| 06/21/2022 17:11 | 06/21/2022 17:11 | | ▮▮▮ |

| Incident Location | Supervising Officer |
|---|---|
| ▮▮▮ | ▮▮▮ |

| Disposition | Case Status |
|---|---|
| | SERVICE |

**Weather and Light Conditions**
CLEAR/DAYLIGHT

## Events

**1**

| Charge Type | Description | Statute | UCR | Att/Com |
|---|---|---|---|---|
| | SERVICE - MENTAL CASE | SERV-10 | 999 | |

**Alcohol, Drugs or Computers Used**
∙∙ Alcohol  ∙∙ Drugs  ∙∙ Computers

**Criminal Activity**

**Forced Entry:** ∙∙ Yes  ∙∙ No

**Weapons**
1.
2.
3.

| Entry | Exit | Security | How Left Scene | Location Type |
|---|---|---|---|---|
| | | | | TOWNHOUSE |

| Bias Motivation | Bias Target | Bias Circumstances | Hate Group |
|---|---|---|---|
| | | | |

## Other Persons Involved

| Name Code | Seq. # | Name (Last, First, M) |
|---|---|---|
| Complainant | 1 | ▮▮▮ |

| Race | Sex | DOB | SSN |
|---|---|---|---|
| ▮ | ▮ | ▮▮▮ | |

| Address | Home Phone | Cell Phone |
|---|---|---|
| ▮▮▮ | | ▮▮▮ |

| Employer Name/Address | Business Phone |
|---|---|
| / | |

| Name Code | Seq. # | Name (Last, First, M) |
|---|---|---|
| Involved, Other | 1 | WOLDEMICHAEL, HENOS [RESTRICTED] |

| Race | Sex | DOB | SSN |
|---|---|---|---|
| B | M | ▮▮▮ | ▮▮▮ |

| Address | Home Phone | Cell Phone |
|---|---|---|
| ▮▮▮ | | |

| Employer Name/Address | Business Phone |
|---|---|
| / | |

# Incident/Investigation Report

| | | |
|---|---|---|
| Agency: FCPD | Case Number: ▓▓▓▓ | Date: 10/20/2022 13:01:45 |

## Notes/Narratives

On Tuesday June 21, (RP) ▓▓▓▓ (homeowner) advised dispatch that a black male wearing a black tshirt and green pants, holding a Bible, was yelling at them from outside their home (listed location) about them being serpants. This has been a reoccurrng incident involving the same male subject, later identified as (IO) Mr. Henos Woldemichael.

Upon arrival, I observed the male walk to the back of the house and jump the fence to gain entry into the backyard. He then tried to open a secured back glass door in attempt to gain entry into the home. ▓▓▓▓ was outside at this time. ▓▓▓▓ advised Mr. Woldemichael that he had to leave. Mr. Woldemichael made no attempt to leave the backyard. ▓▓▓▓ also stated that Mr. Woldemichael had thrown water and spat on him. Mr. Woldemichael was banned from this property on 5/25/22 (reference 20221450076).

Mr. Woldemichael kept yelling about the homeowners being serpants and made other biblical statements. He was holding a Bible and large cantine. He stated he was married to the daughter of the homeowner.

Once a K9 unit arrived, we placed Mr. Woldemichael into custody with the help of ▓▓▓▓ unlocking the back gate for us. I brought Mr. Woldemichael outside to my cruiser which he refused to enter. He agreed to sit on the curb and continued to yell about the homeowners being serpants. I asked Mr. Woldemichael about throwing water and spitting on the homeowner, which he admtted, but added that it was Holy Water.

▓▓▓▓ was advised of how to obtain a warrant for assault, protective order, and wished to press charges against Mr. Woldemichael for trespassing. ▓▓▓▓ stated that he is moving from this property in a month and is probably why Mr. Woldemichael came over.

I placed Mr. Woldemichael under an ECO at 1750 hours and advised him of the procedure. I transported Mr. Woldemichael to ▓▓▓▓ ▓▓▓▓ without incident. Cinician ▓▓▓▓ spoke with Mr. Woldemichael and decided to issue a TDO. I transported Mr. Woldemichael to FFX Hospital where he underwent medical clearance. I remained onsce until I was relieved by OFC ▓▓▓▓ at 2220 hours.

Case Status: Service

## Notes/Continuation

# Incident/Investigation Report

**Agency:** FCPD        **Case Number:** ███████        **Date:** 10/20/2022 13:01:45

# Incident/Investigation Report

**Agency:** FCPD       **Case Number:** 2022-1720212       **Date:** 10/20/2022 13:01:45

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 06/22/2022 03:02:53 | OFFICER SUPPLEMENT | |
| **Contact Name** | | **Supervising Officer** |
| | | |

2427

CLEAR/DAYLIGHT

## Supplement Notes

***BWC NOT Utilized*** at hospital

On 06/21/2022 at 2213 hours, I responded to ▓▓▓▓ and took over custody from ▓▓▓▓ at 2220 hours.

On scene, nurse ▓▓ and ▓▓▓ did a questionaire assessment at 2216 hours on the consumer.

At 2225 hours, an ▓▓▓▓▓▓▓ was then administered.

Blood drawn was done by nurse ▓▓▓ at 2233 hours. ▓▓▓▓▓▓▓▓▓▓.

Technician ▓▓▓▓ came into the room to take the consumer for a ▓▓▓ at 2328 hours. Once in ▓▓▓▓▓, consumer refused to be scanned. When the radiologist asked why, he stated, "I can feel the radiation already coming onto me..." and when the nurses came in to talk with the consumer, he stated to them, "You should have gotten the memo about me." And when the two nurses asked what memo, consumer advised that he was a conspiracy therorist. He was then brought back into ▓▓▓▓.

TDO was faxed over from ▓▓▓▓▓ by ▓▓▓▓▓▓. It was then executed at 0041 hours by this officer.

Consumer continued to talk to himself about spirits, religion, and how he is the chosen one, how he was a miltary experiment about "MK Ultra", he`s also part of the secret space program, having stolen valor, he is "partiot 17", and stated that he participated in the capitol riot - was nacknamed the "Phoenix",  throughout the entirety of my shift.

MPO ▓▓▓▓▓▓ took over custody at 0300 hours.

# Incident/Investigation Report

**Agency:** FCPD  **Case Number:** ▮  **Date:** 10/20/2022 13:01:45

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 06/22/2022 03:58:40 | OFFICER SUPPLEMENT | ▮ |
| **Contact Name** | | **Supervising Officer** |
| | | ▮ |

2427

CLEAR/DAYLIGHT

## Supplement Notes

BWC not activated due to being in the hospital. I assumed custody of Mr. Henos Woldemichael from Officer ▮ at 0300 hours. At 0610 hours Officer ▮ assumed custody.

# Incident/Investigation Report

**Agency:** FCPD    **Case Number:** ▮    **Date:** 10/20/2022 13:01:45

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 06/22/2022 06:31:13 | OFFICER SUPPLEMENT | ▮ |
| **Contact Name** | | **Supervising Officer** |
| | | ▮ |

2427

CLEAR/DAYLIGHT

## Supplement Notes

*BWC not utilized due to hospital duty

On 06/22/22, I responded to ▮, to relieve ▮ for TDO guard duty. I assumed custody of Mr. Henos Woldemichael at 06:10 hrs. At 0816 Woldemichael was moved to ▮ I was relieved by ▮ with no interruptions at 12120 hrs.

Nothing Further From This Unit

# Incident/Investigation Report UNAPPROVED

**Agency:** FCPD   **Case Number:** ▉   **Date:** 10/20/2022 13:01:45

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 06/21/2022 19:04:28 | OFFICER SUPPLEMENT | ▉ |
| **Contact Name** | | **Supervising Officer** |
| | | . |

2427

CLEAR/DAYLIGHT

## Supplement Notes

**ICV / BWC Active**

On the above date and time I was on active patrol in ▉ when I overheard a patrol officer ask for more units on the way to a possible EDP call.

Being in the area I assisted and was second on scene. When I arrived I observed IO1 in the fenced in backyard of RP1 who stated he wanted the IO1 off his property and trespassed. It was obvious that IO1 was experiencing a mental health episode. With assistance from RP1 he unlocked the back gate and we detained IO1 without incident. After IO1 was secured I left the scene.

No further.