UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HENOS WOLDEMICHAEL,<br><br>Defendant. | No. 22-mj-206-ZMF |

### ORDER

Upon consideration of Defendant's Unopposed Motion to Modify Conditions of Release and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that Defendant is no longer required to be subject to a curfew; and it is further

**ORDERED** that all other conditions of the Order Setting Conditions of release remain in full force and effect.

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

1