UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 22-MJ-206 |
| HENOS WOLDEMICHAEL | : | |

### MOTION TO MODIFY CONDITIONS TO ALLOW
### GPS-MONITORED FAMILY TRIP TO PUERTO RICO

Mr. Henos Woldemichael, through undersigned Counsel, respectfully requests that this Court modify Mr. Woldemichael's current release conditions of GPS monitoring to allow him to travel on a GPS monitored family trip to Puerto Rico. Permitting Mr. Woldemichael's to travel with his family while remaining monitored by GPS would satisfy the Court's duty to impose the "least restrictive conditions" necessary to "reasonably assure" Mr. Woldemichael's presence in Court and ensure no danger to the community as required by 18 U.S.C.A. § 3142(c)(1)(B). In support of this motion, Counsel states the following:

1. Counsel and the Government are in discussions regarding a potential resolution in this case. In the meantime, Mr. Woldemichael has complied with his pretrial conditions since the last hearing on July 11, 2023. Mr. Woldemichael is currently subject to GPS monitoring, and has remained in good contact with his Pretrial Services Officer Christine Schuck. Mr. Woldemichael has also complied with his mental health conditions, taking regular medication as well as participating in ongoing therapy. Lastly, Mr. Woldemichael has remained employed and in good standing with Amazon for the past several months.

2. In April of 2021, five months before charges were filed against Mr. Woldemichael, Mr. Woldemichael's mother scheduled a family trip for the upcoming summer to

celebrate his sister's graduation. The family planned to go together and the trip included plane tickets for Mr. Woldemichael's mother, father, sister and Mr. Woldemichael himself.

3. After these charges were brought against Mr. Woldemichael, Mr. Woldemichael's mother postponed the trip. While she requested the cash value be reimbursed, she was instead only given flight credits. To prevent several thousand dollars of flight credits from expiring, Mr. Woldemichael's mother rescheduled the family trip to Puerto Rico for November 18th to the 23rd of 2023. Counsel files this motion to respectfully request that Mr. Woldemichael be permitted to travel to Puerto Rico with his family on this trip.

4. Mr. Woldemichael is 22 years old. The purpose of the family trip is to celebrate the graduation of Mr. Woldemichael's sister. Mr. Woldemichael wishes to continue being a supportive member of his family and attend the celebration. If his conditions were modified, Mr. Woldemichael would have an opportunity to bond with his family, further growing his support system that will help him to lead a law abiding life as a young adult.

5. Counsel contacted assigned government counsel for this matter, AUSA Victoria Sheets, regarding the government's position on this request, and was informed that the government does not oppose permitting Mr. Woldemichael to attend the family trip.

6. Counsel similarly contacted Mr. Woldemichael's Pretrial Services Officer Christine Schuck, who indicated that GPS monitoring will function without issue in Puerto Rico and that Mr. Woldemichael will be monitored throughout the entirety of the trip.

WHEREFORE Counsel respectfully requests that the Court modify Mr. Woldemichael's Home Detention conditions to permit him to travel while monitored by GPS to Puerto Rico with his family from November 18-23, 2023.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
KATHRYN D'ADAMO GUEVARA
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500 ext. 111
Katie_Guevara@fd.org