**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **22-MJ-206** |
| **HENOS WOLDEMICHAEL** | : | |

### UNOPPOSED MOTION TO CONTINUE STATUS HEARING

Mr. Henos Woldemichael, through undersigned Counsel, respectfully requests that this Court continue the status hearing set for April 2, 2024 for approximately one week. The Government does not oppose this request.

Counsel and the Government remain in discussions regarding a potential resolution in this case. However, Counsel will be in a 3-4 day trial beginning on April 1, 2024 and thus unavailable on April 2, 2024. Counsel respectfully requests that this Court vacate the currently scheduled status hearing and reset it the following week. Both Government and Defense Counsel will confer and provide available dates and times to the Court to the extent those also work for the Court.

Counsel further agrees to exclude the time going forward within which a trial must be held under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendants in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

WHEREFORE Counsel respectfully requests that this Court vacate the status hearing in this case currently set for April 2, 2024 and reschedule it for the following week.

Respectfully submitted,

A. J. KRAMER

FEDERAL PUBLIC DEFENDER

/s/
_____
KATHRYN D'ADAMO GUEVARA
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500 ext. 111
Katie_Guevara@fd.org