UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 22-MJ-206 (ZMF) |
| HENOS WOLDEMICHAEL | : | |

### UNOPPOSED MOTION FOR PERMISSION TO TRAVEL WITH FAMILY TO LAWRENCEVILLE, GEORGIA

Mr. Henos Woldemichael, through undersigned Counsel, respectfully requests that this Court permit him to travel with his family to Lawrenceville, Georgia from July 5 to July 9, 2024. Mr. Woldemichael will provide his flight itinerary and the address at which he will stay to Pretrial Services before his departure and will check in by phone before he leaves and upon his return.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

Michelle Peterson
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500 ext. 5125
Shelli_Peterson@fd.org