UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Case No. 22-mj-00206-GMH** |
| **HENOS WOLDEMICHAEL,** | |
| Defendant. | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Henos Woldemichael, by and through his attorney, jointly respectfully move this Court to continue the status conference, which is currently scheduled for September 24, 2024, for thirty days.

In support of the motion, the government notes that discovery is ongoing, and that circumstances requiring additional review of discovery by both parties are present in this case. The parties have reached a plea agreement and need additional time to complete and review the agreement.

WHEREFORE, the parties respectfully request that this Court grant the motion for a continuance and exclude time in the interests of justice. Specifically, the United States, along with counsel for the defendant, respectfully requests that this Court exclude the time from September 24, 2024, until the next status hearing set by this Court, within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), and failure to

grant such a continuance would result in a miscarriage of justice.

            Respectfully submitted,

            MATTHEW M. GRAVES
            UNITED STATES ATTORNEY

By:  */s/ Victoria A. Sheets*
    VICTORIA A. SHEETS
    Assistant United States Attorney
    NY Bar No. 5548623
    601 D Street NW
    District of Columbia, DC 20530
    (202) 252-7566
    victoria.sheets@usdoj.gov

    */s/ Michelle M. Peterson*
    MICHELLE M. PETERSON
    FEDERAL PUBLIC DEFENDER FOR THE
    DISTRICT OF COLUMBIA
    625 Indiana Avenue, NW
    Suite 550
    Washington, DC 20004
    (202) 208-7500

**CERTIFICATE OF SERVICE**

On September 18, 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

    */s/ Victoria A. Sheets*
    VICTORIA A. SHEETS
    Assistant United States Attorney
    NY Bar No. 5548623
    601 D Street NW
    District of Columbia, DC 20530
    (202) 252-7566
    victoria.sheets@usdoj.gov