# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 22-MJ-206 (ZMF) |
| **HENOS WOLDEMICHAEL** | : | |

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL WITH CHURCH GROUP TO PHILADELPHIA, PENNSYLVANIA

Mr. Henos Woldemichael, through undersigned Counsel, respectfully requests that this Court permit him to travel with his church group to Philadelphia, Pennsylvania to attend a Young Adults Church Conference October 11 and 12, 2024. Mr. Woldemichael will provide his itinerary to Pretrial Services before his departure and will check in by phone as directed. Government counsel has no objection to this request.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Michelle Peterson
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500 ext. 5125
Shelli_Peterson@fd.org