UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HENOS WOLDEMICHAEL,<br><br>Defendant. | Case No. 22-mj-00206-GMH |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Henos Woldemichael, by and through his attorney, jointly respectfully move this Court to continue the status conference, which is currently scheduled for November 26, 2024, for sixty days.

In support of the motion, the parties submit that they need additional time to complete and review an anticipated plea agreement.

WHEREFORE, the parties respectfully request that this Court grant the motion for a continuance and exclude time in the interests of justice. Specifically, the United States, along with counsel for the defendant, respectfully requests that this Court exclude the time from September 24, 2024, until the next status hearing set by this Court, within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), and failure to grant such a continuance would result in a miscarriage of justice.

1

                          Respectfully submitted,

                          MATTHEW M. GRAVES
                          UNITED STATES ATTORNEY

By:    */s/ Victoria A. Sheets*
        VICTORIA A. SHEETS
        Assistant United States Attorney
        NY Bar No. 5548623
        601 D Street NW
        District of Columbia, DC 20530
        (202) 252-7566
        victoria.sheets@usdoj.gov

        */s/ Michelle M. Peterson*
        MICHELLE M. PETERSON
        FEDERAL PUBLIC DEFENDER FOR THE
        DISTRICT OF COLUMBIA
        625 Indiana Avenue, NW
        Suite 550
        Washington, DC 20004
        (202) 208-7500

## CERTIFICATE OF SERVICE

On November 22, 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

        */s/ Victoria A. Sheets*
        VICTORIA A. SHEETS
        Assistant United States Attorney
        NY Bar No. 5548623
        601 D Street NW
        District of Columbia, DC 20530
        (202) 252-7566
        victoria.sheets@usdoj.gov